IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BENSALEM LODGING ASSOCIATES LLC** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 21-2882 |
| v. | : | |
| **HOLIDAY HOSPITALITY FRANCHISING, LLC,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 10th day of December 2021, upon consideration of Defendants' *motion to transfer*, [ECF 11], Plaintiff's response, [ECF 22], and Defendants' reply, [ECF 23], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*