# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| PARK 80 HOTELS, LLC and PL HOTELS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, LLC and SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP,<br><br>Defendants. | Case No. 1:21-cv-4650-ELR |
| PH LODGING TOMBALL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, LLC and SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP,<br><br>Defendants. | Case No. 1:21-CV-5072-SDG |
| BENSALEM LODGING ASSOCIATES LLC,<br><br>    Plaintiff, | |

| | |
|---|---|
| v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, LLC and SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP,<br><br>     Defendants. | Case No. 1:21-cv-5081-LMM |
| SYNERGY HOTELS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, LLC and SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP,<br><br>Defendants. | Case No. 1:21-CV-5164-MHC |

## ORDER

The Court having considered the parties' Joint Motion to Transfer Subsequently Filed Related Cases and Joint Motion to Consolidate Related Cases for Pretrial Proceedings, it is **HEREBY ORDERED** that these Motions are **GRANTED**. The *PH Lodging Tomball* case (No. 1:21-cv-5072-SDG), the *Bensalem* case (No. 1:21-cv-5081-LMM), and the *Synergy Hotels* case (1:21-cv-5164-MHC) are transferred to Judge Ross, who currently is presiding over the first-

2

filed and first-transferred action; and the above referenced related cases shall be consolidated with the *Park 80 Hotels* case (No. 1:21-cv-4650-ELR) for pretrial proceedings pursuant to Rule 42(a).

SO ORDERED this 29th day of December, 2021.

_Eleanor L. Ross_

Hon. Eleanor L. Ross
United States District Court
Northern District of Georgia